JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOHNELL CLEVELAND,

Petitioner,

v.

WARDEN BIRKHOLZ,

Respondents.

No. CV 26-7790-JGB(E)

JUDGMENT

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: November 13, 2026.

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE